# LEVIN & CHETKOF, LLP

*Attorneys at Law*

265 Post Avenue
Suite 290
Westbury, New York 11590

Howard A. Chetkof
<u>Michael G. Levin</u>*

*admitted in N.Y. & N.J.

Tel (516) 338-2888
Fax (516) 338-4343
LevinChetkofLLP@optimum.net

February 22, 2013

**<u>VIA ECF and REGULAR MAIL</u>**

Hon. Joanna Seybert
United States District Court (E.D.N.Y.)
100 Federal Plaza
Central Islip, New York 11722

Re:  <u>Philip M. Rafiy, MD v. The Guardian Life Ins. Co.<br>CV: 12-01779 (JS)(ETB)</u>

Dear Judge Seybert:

The parties wish to adjourn the pre-motion conference scheduled for Monday, February 25, 2013 to March 14, 2013 at 4:30 p.m. in the above-referenced matter. This will allow the parties some additional time to discuss the possibility of resolving the matter.

We thank you for your consideration in this effort.

Respectfully submitted,

**MICHAEL G. LEVIN**

cc:    Paul K. Stecker, Esq.

GL\LONG ISLAND SPINE\GL 18155\CORR\CT.LTR 02-22-13